## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wendy Fulford and        :        Chapter 13
      Robert Fulford, III         :
                                  :
      Debtors                     :        Bankruptcy No. 20-14606-mdc

### PRE-CONFIRMATION CERTIFICATION
### OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) and (a)(9)

I/We, Wendy Fulford & Robert Fulford, III, upon my/our oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for 2/11/20201, in the above references case:

1. The above-named debtor(s) will be able to make all payments under the plan and to comply with the plan.

2. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date above is adjourned for any reason, and the information changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

Dated: 1/12/2021 _____  By: *Wendy B Fulford* _____
    ID 9jjLeAowmAmD8QbVKdwaoNAm
    **Wendy Fulford**

Dated: 1/12/2021 _____  By: *Robert Fulford III* _____
    ID 4N9ioAo3T5ZvPuv3unM843Bk
    **Robert Fulford, III**