Certificate Number: 14912-PAE-DE-035260836

Bankruptcy Case Number: 20-14606



14912-PAE-DE-035260836

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 12, 2021, at 3:50 o'clock PM EST, Robert Fulford 3Rd completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 12, 2021         By: /s/Jai Bhatt

                               Name: Jai Bhatt

                               Title: Counselor