# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-14606-MDC

WENDY  FULFORD
ROBERT  FULFORD, III
1700 KENNEDY STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WENDY  FULFORD
    ROBERT  FULFORD, III
    1700 KENNEDY STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    HENRY ALAN JEFFERSON
    JEFFERSON LAW LLC
    1700 MARKET ST., STE 1005
    PHILADELPHIA, PA 19103-

Date: 1/14/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee