IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| WENDY FULFORD & | : CASE NO. 20-14606-MDC |
| ROBERT FULFORD III, | : |
| DEBTORS, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : February 11, 2021, @ 9:30 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| WENDY FULFORD & | : |
| ROBERT FULFORD III, | : |
| RESPONDENTS, | : RELATED TO DOCKET NO. 30 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTORS' PROPOSED
CHAPTER 13 PLAN


I, Jonathan W. Chatham, certify under penalty of perjury that I served the above

captioned pleading Objection to Debtors' Chapter 13 Plan, on the parties at the below addresses,

on January 28, 2021 by:


**20-14606-MDC Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

HENRY ALAN JEFFERSON on behalf of Debtor Wendy Fulford
hjefferson@hjeffersonlawfirm.com, hjeffersonone@gmail.com;r60499@notify.bestcase.com

HENRY ALAN JEFFERSON on behalf of Joint Debtor Robert Fulford, III
hjefferson@hjeffersonlawfirm.com, hjeffersonone@gmail.com;r60499@notify.bestcase.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor BANK OF AMERICA, N.A
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**20-14606-MDC Notice will not be electronically mailed to:**


Date Executed: January 28, 2021                          Respectfully submitted,


                                                         /s/ Jonathan W. Chatham
                                                         Jonathan W. Chatham
                                                         Deputy Chief Counsel
                                                         PA Department of Revenue
                                                         Office of Chief Counsel
                                                         P.O. Box 281061
                                                         Harrisburg, PA 17128-1061
                                                         PA I.D. # 209683
                                                         Phone: 717-783-3673
                                                         Facsimile: 717-772-1459