FedExe

## Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA  19428

Page  001 of  001
Period Beg/End     09/18/2020 - 09/24/2020
Advice Date:       10/01/2020
Advice Number:     56175948
Batch Number:      73856
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

Robert Fulford III
P.O. Box 23175
Philadelphia, PA  19124

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:    52.00
Basis of Pay:          Hourly
Pay Rate:              15.15

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 869.08 | 27456.36 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 869.08 | 27537.11 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 150.00 | 4299.44 |
| Additional Deductions | 55.00 | 550.00 |
| Total Deductions | 205.00 | 4849.44 |
| NET PAY | $664.08 | $22,687.67 |
| Federal Earnings | 869.08 | 27537.11 |
| FICA Earnings | 869.08 | 27537.11 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

Pre-Tax Deductions

| Wages | | | | | | |
|---|---|---|---|---|---|---|
| WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
| 09/24/20 | Regular | 15.150 | 22.640 | 40.00 | 8.00 | |
| 09/24/20 | Regular | 13.000 | 20.490 | | 4.00 | |
| | | | Total | 40.00 | 12.00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 22.68 | 260.88 |
| FICA | 53.88 | 1707.27 |
| Medicare | 12.60 | 399.34 |
| PA W/H | 26.68 | 845.30 |
| PA SUI W/H | .52 | 16.43 |
| PA, Philadelphia Cit | 33.64 | 1070.22 |

| Additional Deductions | | |
|---|---|---|
| UnionDues-Loc32BJ | 55.00 | 550.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA  19428

Advice Number:    56175948
Advice Date:      10/01/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 664.08 |

**NON-NEGOTIABLE**

FedExe

## Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 09/25/2020 - 10/01/2020
Advice Date: 10/08/2020
Advice Number: 56355805
Batch Number: 74065
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 45.00
Basis of Pay: Hourly
Pay Rate: 15.15

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 719.63 | 28175.99 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 719.63 | 28256.74 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 113.16 | 4412.60 |
| Additional Deductions | .00 | 550.00 |
| Total Deductions | 113.16 | 4962.60 |
| NET PAY | $606.47 | $23,294.14 |
| Federal Earnings | 719.63 | 28256.74 |
| FICA Earnings | 719.63 | 28256.74 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

Pre-Tax Deductions

| Wages WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| 10/01/20 Regular | 15.150 | 22.725 | 40.00 | 5.00 | |
| Total | | | 40.00 | 5.00 | .00 |

| Taxes | | |
|---|---|---|
| Federal W/H | 7.73 | 268.61 |
| FICA | 44.62 | 1751.89 |
| Medicare | 10.43 | 409.77 |
| PA W/H | 22.09 | 867.39 |
| PA SUI W/H | .43 | 16.86 |
| PA, Philadelphia Cit | 27.86 | 1098.08 |

Additional Deductions
UnionDues-Loc32BJ    550.00

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Advice Number: 56355805
Advice Date: 10/08/2020

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 606.47 |

**NON-NEGOTIABLE**

<u>FedExe</u>

## Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 10/02/2020 - 10/08/2020
Advice Date: 10/15/2020
Advice Number: 56544224
Batch Number: 74267
Employee No:

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:     42.00
Basis of Pay:           Hourly
Pay Rate:               15.15

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 651.45 | 28827.44 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 651.45 | 28908.19 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 96.36 | 4508.96 |
| Additional Deductions | .00 | 550.00 |
| Total Deductions | 96.36 | 5058.96 |
| **NET PAY** | **$555.09** | **$23,849.23** |
| Federal Earnings | 651.45 | 28908.19 |
| FICA Earnings | 651.45 | 28908.19 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

**Pre-Tax Deductions**

| Wages WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|
| 10/08/20 Regular | 15.150 | 22.725 | 40.00 | 2.00 | |
| Total | | | 40.00 | 2.00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | .91 | 269.52 |
| FICA | 40.39 | 1792.28 |
| Medicare | 9.45 | 419.22 |
| PA W/H | 20.00 | 887.39 |
| PA SUI W/H | .39 | 17.25 |
| PA, Philadelphia Cit | 25.22 | 1123.30 |

**Additional Deductions**

| | | |
|---|---|---|
| UnionDues-Loc32BJ | | 550.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 56544224
Advice Date: 10/15/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 555.09 |

NON-NEGOTIABLE

**FedExe**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

**Earnings Statement**

| | | |
|---|---|---|
| | Page 001 of 001 | |
| Period Beg/End | 10/09/2020 - 10/15/2020 | |
| Advice Date: | 10/22/2020 | |
| Advice Number: | 56732284 | |
| Batch Number: | 74456 | |
| Employee No: | | |

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:   41.00
Basis of Pay:        Hourly
Pay Rate:            15.15

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 628.73 | 29456.17 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 628.73 | 29536.92 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 92.12 | 4601.08 |
| Additional Deductions | .00 | 550.00 |
| Total Deductions | 92.12 | 5151.08 |
| **NET PAY** | **$536.61** | **$24,385.84** |
| Federal Earnings | 628.73 | 29536.92 |
| FICA Earnings | 628.73 | 29536.92 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

**Pre-Tax Deductions**

| Wages | | | | | | |
|---|---|---|---|---|---|---|
| WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
| 10/15/20 | Regular | 15.150 | 22.725 | 40.00 | 1.00 | |
| | Total | | | 40.00 | 1.00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 269.52 |
| FICA | 38.98 | 1831.26 |
| Medicare | 9.12 | 428.34 |
| PA W/H | 19.30 | 906.69 |
| PA SUI W/H | .38 | 17.63 |
| PA, Philadelphia Cit | 24.34 | 1147.64 |

**Additional Deductions**

| | | |
|---|---|---|
| UnionDues-Loc32BJ | | 550.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number:   56732284
Advice Date:     10/22/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 536.61 |

**NON-NEGOTIABLE**

FedExe

## Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA  19428

Page 001 of 001
Period Beg/End:   10/16/2020 - 10/22/2020
Advice Date:      10/29/2020
Advice Number:    56908063
Batch Number:     74626
Employee No:      ⊠

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 |  |

Robert Fulford III
P.O. Box 23175
Philadelphia, PA  19124

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:    40.00
Basis of Pay:          Hourly
Pay Rate:              15.15

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 606.00 | 30062.17 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 606.00 | 30142.92 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 88.78 | 4689.86 |
| Additional Deductions | .00 | 550.00 |
| Total Deductions | 88.78 | 5239.86 |
| **NET PAY** | **$517.22** | **$24,903.06** |
| Federal Earnings | 606.00 | 30142.92 |
| FICA Earnings | 606.00 | 30142.92 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout |  | 80.75 |

**Pre-Tax Deductions**

| Wages | | | | | | |
|---|---|---|---|---|---|---|
| WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
| 10/22/20 | Regular | 15.150 |  | 40.00 |  |  |
|  | Total |  |  | 40.00 | .00 | .00 |

| Taxes |  | Current | YearToDate |
|---|---|---|---|
| Federal W/H |  |  | 269.52 |
| FICA |  | 37.57 | 1868.83 |
| Medicare |  | 8.79 | 437.13 |
| PA W/H |  | 18.60 | 925.29 |
| PA SUI W/H |  | .36 | 17.99 |
| PA, Philadelphia Cit |  | 23.46 | 1171.10 |

**Additional Deductions**

| UnionDues-Loc32BJ | | 550.00 |
|---|---|---|

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Advice Number:   56908063
Advice Date:     10/29/2020

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA  19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 517.22 |

**NON-NEGOTIABLE**

FedExe

**Earnings Statement**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 10/23/2020 - 10/29/2020
Advice Date: 11/05/2020
Advice Number: 57096878
Batch Number: 74816
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 40.00
Basis of Pay: Hourly
Pay Rate: 15.15

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 606.00 | 30668.17 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 606.00 | 30748.92 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 88.78 | 4778.64 |
| Additional Deductions | 55.00 | 605.00 |
| Total Deductions | 143.78 | 5383.64 |
| **NET PAY** | **$462.22** | **$25,365.28** |
| Federal Earnings | 606.00 | 30748.92 |
| FICA Earnings | 606.00 | 30748.92 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

Pre-Tax Deductions

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 10/29/20 | Regular | 15.150 | | 40.00 | | |
| | Total | | | 40.00 | .00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 269.52 |
| FICA | 37.57 | 1906.40 |
| Medicare | 8.79 | 445.92 |
| PA W/H | 18.60 | 943.89 |
| PA SUI W/H | .36 | 18.35 |
| PA, Philadelphia Cit | 23.46 | 1194.56 |

| Additional Deductions | | |
|---|---|---|
| UnionDues-Loc32BJ | 55.00 | 605.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Advice Number: 57096878
Advice Date: 11/05/2020

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 462.22 |

**NON-NEGOTIABLE**

FedExe

**Earnings Statement**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End: 10/30/2020 - 11/05/2020
Advice Date: 11/12/2020
Advice Number: 57288950
Batch Number: 75019
Employee No:

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 40.00
Basis of Pay: Hourly
Pay Rate: 15.15

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 606.00 | 31274.17 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 606.00 | 31354.92 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 88.78 | 4867.42 |
| Additional Deductions | .00 | 605.00 |
| Total Deductions | 88.78 | 5472.42 |
| NET PAY | $517.22 | $25,882.50 |
| Federal Earnings | 606.00 | 31354.92 |
| FICA Earnings | 606.00 | 31354.92 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

Pre-Tax Deductions

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 11/05/20 | Regular | 15.150 | | 40.00 | | |
| | Total | | | 40.00 | .00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 269.52 |
| FICA | 37.57 | 1943.97 |
| Medicare | 8.79 | 454.71 |
| PA W/H | 18.60 | 962.49 |
| PA SUI W/H | .36 | 18.71 |
| PA, Philadelphia Cit | 23.46 | 1218.02 |

Additional Deductions
UnionDues-Loc32BJ    605.00

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Advice Number: 57288950
Advice Date: 11/12/2020

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 517.22 |

**NON-NEGOTIABLE**

**FedExe**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

## Earnings Statement

Page 001 of 001
Period Beg/End: 11/06/2020 - 11/12/2020
Advice Date: 11/19/2020
Advice Number: 57473253
Batch Number: 75184
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 40.00
Basis of Pay: Hourly
Pay Rate: 15.15

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 606.00 | 31880.17 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 606.00 | 31960.92 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 88.78 | 4956.20 |
| Additional Deductions | .00 | 605.00 |
| Total Deductions | 88.78 | 5561.20 |
| **NET PAY** | **$517.22** | **$26,399.72** |
| Federal Earnings | 606.00 | 31960.92 |
| FICA Earnings | 606.00 | 31960.92 |

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 11/12/20 | Regular | 15.150 | | 40.00 | | |
| | Total | | | 40.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

**Pre-Tax Deductions**

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 269.52 |
| FICA | 37.57 | 1981.54 |
| Medicare | 8.79 | 463.50 |
| PA W/H | 18.60 | 981.09 |
| PA SUI W/H | .36 | 19.07 |
| PA, Philadelphia Cit | 23.46 | 1241.48 |

**Additional Deductions**

| | | |
|---|---|---|
| UnionDues-Loc32BJ | | 605.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 57473253
Advice Date: 11/19/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 517.22 |

**NON-NEGOTIABLE**

**FedExe**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

**Earnings Statement**

Page 001 of 001
Period Beg/End: 11/13/2020 - 11/19/2020
Advice Date: 11/25/2020
Advice Number: 57666511
Batch Number: 75365
Employee No:

| | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 48.00
Basis of Pay: Hourly
Pay Rate: 15.15

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 787.80 | 32667.97 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 787.80 | 32748.72 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 129.97 | 5086.17 |
| Additional Deductions | .00 | 605.00 |
| Total Deductions | 129.97 | 5691.17 |
| **NET PAY** | **$657.83** | **$27,057.55** |
| Federal Earnings | 787.80 | 32748.72 |
| FICA Earnings | 787.80 | 32748.72 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

**Pre-Tax Deductions**

| Wages | | | | | | |
|---|---|---|---|---|---|---|
| WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
| 11/19/20 | Regular | 15.150 | 22.725 | 40.00 | 8.00 | |
| | Total | | | 40.00 | 8.00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 14.55 | 284.07 |
| FICA | 48.84 | 2030.38 |
| Medicare | 11.42 | 474.92 |
| PA W/H | 24.19 | 1005.28 |
| PA SUI W/H | .47 | 19.54 |
| PA, Philadelphia Cit | 30.50 | 1271.98 |

**Additional Deductions**

| UnionDues-Loc32BJ | | 605.00 |
|---|---|---|

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 57666511
Advice Date: 11/25/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 657.83 |

**NON-NEGOTIABLE**

**FedExe**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

**Earnings Statement**

Page 001 of 001
Period Beg/End: 11/20/2020 - 11/26/2020
Advice Date: 12/03/2020
Advice Number: 57850876
Batch Number: 75478
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852

Total Hours Worked: 32.00
Basis of Pay: Hourly
Pay Rate: 15.15

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 666.60 | 33334.57 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 666.60 | 33415.32 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 100.10 | 5186.27 |
| Additional Deductions | 55.00 | 660.00 |
| Total Deductions | 155.10 | 5846.27 |
| NET PAY | $511.50 | $27,569.05 |
| Federal Earnings | 666.60 | 33415.32 |
| FICA Earnings | 666.60 | 33415.32 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

**Pre-Tax Deductions**

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 11/26/20 | Regular | 15.150 | | 32.00 | | |
| 11/26/20 | Holiday Work | 22.725 | | 8.00 | | |
| | Total | | | 40.00 | .00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | 2.43 | 286.50 |
| FICA | 41.33 | 2071.71 |
| Medicare | 9.67 | 484.59 |
| PA W/H | 20.46 | 1025.74 |
| PA SUI W/H | .40 | 19.94 |
| PA, Philadelphia Cit | 25.81 | 1297.79 |

**Additional Deductions**

| UnionDues-Loc32BJ | 55.00 | 660.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number: 57850876
Advice Date: 12/03/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 511.50 |

**NON-NEGOTIABLE**

**FedExe**

Universal Protection Service, LLC
*161 Washington Street, Suite 600*
*Eight Tower Bridge*
*Conshohocken, PA 19428*

## Earnings Statement

Page 001 of 001
Period Beg/End    11/27/2020 - 12/03/2020
Advice Date:      12/10/2020
Advice Number:    58048615
Batch Number:     75683
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:    40.00
Basis of Pay:          Hourly
Pay Rate:              15.15

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 606.00 | 33940.57 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 606.00 | 34021.32 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 88.78 | 5275.05 |
| Additional Deductions | .00 | 660.00 |
| Total Deductions | 88.78 | 5935.05 |
| NET PAY | $517.22 | $28,086.27 |
| Federal Earnings | 606.00 | 34021.32 |
| FICA Earnings | 606.00 | 34021.32 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

**Pre-Tax Deductions**

| Wages WkEnding | Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
|---|---|---|---|---|---|---|
| 12/03/20 | Regular | 15.150 | | 40.00 | | |
| | Total | | | 40.00 | .00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 286.50 |
| FICA | 37.57 | 2109.28 |
| Medicare | 8.79 | 493.38 |
| PA W/H | 18.60 | 1044.34 |
| PA SUI W/H | .36 | 20.30 |
| PA, Philadelphia Cit | 23.46 | 1321.25 |

**Additional Deductions**

| | | |
|---|---|---|
| UnionDues-Loc32BJ | | 660.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
**161 Washington Street, Suite 600**
**Eight Tower Bridge**
**Conshohocken, PA 19428**

Advice Number:    58048615
Advice Date:      12/10/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 517.22 |

**NON-NEGOTIABLE**

**FedExe**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

## Earnings Statement

Page 001 of 001
Period Beg/End: 12/04/2020 - 12/10/2020
Advice Date: 12/17/2020
Advice Number: 58238808
Batch Number: 75889
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 | |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked: 24.00
Basis of Pay: Hourly
Pay Rate: 15.15

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 484.80 | 34425.37 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 484.80 | 34506.12 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 71.03 | 5346.08 |
| Additional Deductions | .00 | 660.00 |
| Total Deductions | 71.03 | 6006.08 |
| NET PAY | $413.77 | $28,500.04 |
| Federal Earnings | 484.80 | 34506.12 |
| FICA Earnings | 484.80 | 34506.12 |

| Wages | | | | | |
|---|---|---|---|---|---|
| WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
| 12/10/20 Regular | 15.150 | | 24.00 | | |
| 12/10/20 Vacation | 15.150 | | 8.00 | | |
| Total | | | 32.00 | .00 | .00 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout | | 80.75 |

**Pre-Tax Deductions**

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H | | 286.50 |
| FICA | 30.06 | 2139.34 |
| Medicare | 7.03 | 500.41 |
| PA W/H | 14.88 | 1059.22 |
| PA SUI W/H | .29 | 20.59 |
| PA, Philadelphia Cit | 18.77 | 1340.02 |

**Additional Deductions**
| UnionDues-Loc32BJ | | 660.00 |

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Advice Number: 58238808
Advice Date: 12/17/2020

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 413.77 |

**NON-NEGOTIABLE**

**FedExe**

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

## Earnings Statement

Page 001 of 001
Period Beg/End    12/11/2020 - 12/17/2020
Advice Date:      12/24/2020
Advice Number:    58436948
Batch Number:     76099
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 |  |

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:    40.00
Basis of Pay:          Hourly
Pay Rate:              15.15

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

| Gross Pay | Current | YearToDate |
|---|---|---|
| Wages | 606.00 | 35031.37 |
| Misc Income/Adj | .00 | 80.75 |
| Total Gross Pay | 606.00 | 35112.12 |
| **Deductions** | | |
| Pre-tax | .00 | .00 |
| Taxes | 88.78 | 5434.86 |
| Additional Deductions | .00 | 660.00 |
| Total Deductions | 88.78 | 6094.86 |
| **NET PAY** | **$517.22** | **$29,017.26** |
| Federal Earnings | 606.00 | 35112.12 |
| FICA Earnings | 606.00 | 35112.12 |

| Misc Income/Adj | Current | YearToDate |
|---|---|---|
| Vacation Payout |  | 80.75 |

Pre-Tax Deductions

| Wages | | | | | |
|---|---|---|---|---|---|
| WkEnding Type | Reg Rate | Prem Rate | Reg Hours | OT Hours | DT Hours |
| 12/17/20 Regular | 15.150 |  | 40.00 |  |  |
| Total |  |  | 40.00 | .00 | .00 |

| Taxes | Current | YearToDate |
|---|---|---|
| Federal W/H |  | 286.50 |
| FICA | 37.57 | 2176.91 |
| Medicare | 8.79 | 509.20 |
| PA W/H | 18.60 | 1077.82 |
| PA SUI W/H | .36 | 20.95 |
| PA, Philadelphia Cit | 23.46 | 1363.48 |

**Additional Deductions**
UnionDues-Loc32BJ        660.00

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number:   58436948
Advice Date:     12/24/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 517.22 |

**NON-NEGOTIABLE**

**FedExe**

## Earnings Statement

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Page 001 of 001
Period Beg/End  12/18/2020 - 12/24/2020
Advice Date:    12/31/2020
Advice Number:  58624305
Batch Number:   76252
Employee No:

|  | Exemptions | Addl | Status |
|---|---|---|---|
| Fed: | 5 | $0.00 | Married |
| State: | 0 | $0.00 |  |

Robert Fulford III
P.O. Box 23175
Philadelphia, PA 19124

For inquiries on this statement please call: (800)260-0852
Total Hours Worked:   40.00
Basis of Pay:         Hourly
Pay Rate:             15.15

| Gross Pay | Current | YearToDate | Misc Income/Adj | Current | YearToDate |
|---|---|---|---|---|---|
| Wages | 606.00 | 35637.37 | Vacation Payout |  | 80.75 |
| Misc Income/Adj | .00 | 80.75 |  |  |  |
| Total Gross Pay | 606.00 | 35718.12 |  |  |  |
| **Deductions** |  |  |  |  |  |
| Pre-tax | .00 | .00 | **Pre-Tax Deductions** |  |  |
| Taxes | 88.78 | 5523.64 |  |  |  |
| Additional Deductions | .00 | 660.00 |  |  |  |
| Total Deductions | 88.78 | 6183.64 |  |  |  |
| **NET PAY** | **$517.22** | **$29,534.48** |  |  |  |
| Federal Earnings | 606.00 | 35718.12 |  |  |  |
| FICA Earnings | 606.00 | 35718.12 |  |  |  |

| Wages | Reg | Prem | Reg | OT | DT | Taxes | Current | YearToDate |
|---|---|---|---|---|---|---|---|---|
| WkEnding Type | Rate | Rate | Hours | Hours | Hours | Federal W/H |  | 286.50 |
| 12/24/20 Regular | 15.150 |  | 40.00 |  |  | FICA | 37.57 | 2214.48 |
|  |  |  |  |  |  | Medicare | 8.79 | 517.99 |
|  |  |  |  |  |  | PA W/H | 18.60 | 1096.42 |
| Total |  |  | 40.00 | .00 | .00 | PA SUI W/H | .36 | 21.31 |
|  |  |  |  |  |  | PA, Philadelphia Cit | 23.46 | 1386.94 |

**Additional Deductions**

| UnionDues-Loc32BJ |  | 660.00 |
|---|---|---|

| Benefits | Accrued | Used | Balance |
|---|---|---|---|
| Sick Leave | .00 | .00 | .00 |

Universal Protection Service, LLC
161 Washington Street, Suite 600
Eight Tower Bridge
Conshohocken, PA 19428

Advice Number:  58624305
Advice Date:    12/31/2020

| Deposited to the account of | Account Number | Amount |
|---|---|---|
| Robert Fulford III | XXXXXXXX7605 | 517.22 |

**NON-NEGOTIABLE**