### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Wendy Fulford and Robert Fulford, III

      Debtor(s)

Case No: 20–14606–mdc

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the third installment payment in the amount of $79.00
will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 3/23/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: March 11, 2021

39
Form 175