United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14606-mdc |
| Wendy Fulford | Chapter 13 |
| Robert Fulford, III | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wendy Fulford, 1700 Kennedy Street, Philadelphia, PA 19124-1302 |
| jdb | + | Robert Fulford, III, 1700 Kennedy Street, Philadelphia, PA 19124-1302 |
| 14565151 | + | AFS/AmeriFinancial Solutions, LLC., Attn: Bankruptcy, Po Box 65018, Baltimore, MD 21264-5018 |
| 14565148 | + | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14565150 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14567058 | + | BANK OF AMERICA, N.A, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14565152 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14566896 | + | Bank of America, N.A, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14565155 | + | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 14565157 | + | Drivehere, 1001 W Ridge Pike, Conshohocken, PA 19428-1015 |
| 14575901 | | Emergency Care Service of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14565161 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14565164 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 14565288 | + | Jefferson Law, LLC, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 14565167 | + | Pennsylvania Departrment of Revenue, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14565168 | + | Peoples Com, 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14565169 | + | Philadelphia Gas Works, Attn: Bankruptcy Dept. 3F, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 08 2021 01:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 08 2021 01:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14580794 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 01:33:25 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14571377 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 08 2021 01:40:00 | Bank of America, N.A, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14565153 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 08 2021 01:33:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14565154 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 08 2021 01:40:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 14565156 | + | Email/Text: bankruptcy@kornerstonecredit.com | Jun 08 2021 01:40:00 | Crest Financial, Attn: Bankruptcy, 61 West 13490 South, Draper, UT 84020-7209 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14565158 | + | Email/Text: bknotice@ercbpo.com | Jun 08 2021 01:40:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14565159 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 08 2021 01:40:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14565163 | + | Email/Text: support@futurepay.com | Jun 08 2021 01:40:00 | Future Pay, Attn: Bankruptcy, Po Box 157, Lehi, UT 84043-1173 |
| 14565166 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2021 01:40:00 | Internal Revenue Service, Centralized Insolvency Operations Unit, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14571095 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 01:33:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14570340 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 08 2021 01:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14572812 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 08 2021 01:33:29 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14565170 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 08 2021 01:33:29 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14565171 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 01:33:25 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14565172 | | Email/Text: bankruptcy@td.com | Jun 08 2021 01:40:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14565149 | *+ | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14565160 | *+ | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14565162 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14565165 | *+ | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 34 |

| Name | Email Address |
|---|---|
| HENRY ALAN JEFFERSON | on behalf of Joint Debtor Robert Fulford III hjefferson@hjeffersonlawfirm.com, hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| HENRY ALAN JEFFERSON | on behalf of Debtor Wendy Fulford hjefferson@hjeffersonlawfirm.com hjeffersonone@gmail.com;r60499@notify.bestcase.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Wendy Fulford and Robert Fulford, III | : | CHAPTER 13 |
| | : | |
| | : | BKY. NO. 20-14606-mdc |
| | : | |
| (Debtor) | : | |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

By the Court:

Date: June 5, 2021

*Magdeline D. Coleman*
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**